ELIJAH BRUSH
v.
HUGH ROBISON MARTIN

1811

### Journal Entries

1. Declaration filed . . . . . . . . . *Journal, infra,* *p. 345
2. Special bail; rule to plead; continuance . . . . . . . " 392
3. Plea; issue; continuance . . . . . . . . . " 403

### Papers in File

1. Precipe for capias . . . . . . . . . . . . . . . .
2. Affidavit for bail . . . . . . . . . . . . . . . .
3. Capias and order for bail . . . . . . . . . . . . .
4. Declaration; general issue . . . . . . . . . . . .